UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22972-CIV-RNS

| | |
|---|---|
| CLEMENTE MOREJON ESCANDELL and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| NORTHSIDE IMPORTS, INC., UNIVERSAL IMPORTS PARTS INC., EUGENE VELASCO, THOMAS SENDROS, | ) ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Time-And-A-Half Overtime Wage Claim (8/4/14-11/6/15):**
Weeks: 65 (rounded down)
Overtime hours: 17
Amount of time-and-a-half overtime per hour not compensated: $12.75 (based on $8.50/hr.)
Total overtime wages unpaid and liquidated damages: $14,088.75 X 2 = $28,177.50, *exclusive of* **attorneys' fees and costs**

**Federal Time-And-A-Half Overtime Wage Claim (11/7/15-5/6/17):**
Weeks: 78
Overtime hours: 17
Amount of time-and-a-half overtime per hour not compensated: $15.00 (based on $10/hr.)
Total overtime wages unpaid and liquidated damages: $19,890 X 2 = $39,780, *exclusive of* **attorneys' fees and costs**

Total overtime wages unpaid and liquidated damages: $33,978.75 X 2 = $67,957.50, *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.

** Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discover  y justify same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
     Rivkah F. Jaff, Esquire
     Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 8/9/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
       RIVKAH F. JAFF, ESQ.**

Page **2** of **2**