UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22972-CIV-RNS

| | |
|---|---|
| CLEMENTE MOREJON ESCANDELL and all others similarly situated under 29 U.S.C. 216(b), <br><br>         Plaintiffs, <br>   vs. <br><br> NORTHSIDE IMPORTS, INC., <br> UNIVERSAL IMPORTS PARTS INC., <br> EUGENE VELASCO, <br> THOMAS SENDROS, <br><br>         Defendants. <br> _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH [DE4]

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Compliance with [DE4], and states that Plaintiff has served Defendants, by and through their counsel, with the Court's Order [DE4] and Plaintiff's Statement of Claim as per the requirements set forth in the Court's Order [DE4] on 8/31/17.

.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ____
     Rivkah F. Jaff, Esquire
     Florida Bar No.: 107511

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/31/17 TO:**

**BERNARD LEWIS EGOZI, ESQ.**
**EGOZI & BENNETT PA**
**2999 NE 191ST STREET, SUITE 407**
**AVENTURA, FL 33180**
**305-931-3000**
**FAX: 931-9343**
**EMAIL: BEGOZI@EGOZILAW.COM**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____**
          **RIVKAH JAFF, ESQ.**