UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22972-CIV-RNS

CLEMENTE MOREJON ESCANDELL and )
all others similarly situated under 29 U.S.C. )
216(b), )
 )
           Plaintiffs, )
vs. )
 )
NORTHSIDE IMPORTS, INC., )
UNIVERSAL IMPORTS PARTS INC., )
EUGENE VELASCO, )
THOMAS SENDROS, )
 )
           Defendants. )
_____)

**PLAINTIFF'S NOTICE OF DEFENDANTS' NON-COMPLIANCE WITH [DE4]**

**COMES NOW**, the Plaintiff, by and through undersigned counsel, and files this Notice of Defendants' Non-Compliance with the Court's Order Requiring Discovery and Scheduling Conference, Order Requiring Statement of Claim and Response in FLSA case, and Order Referring Discovery Matters to the Magistrate [DE10] and in support thereof states as follows:

1. In compliance with the Court's Order [DE4], Plaintiff served Defendants, via email, with the Court's Order [DE4], and, in compliance with same, Plaintiff's Statement of Claim, on August 31, 2017.

1. Per [DE4], "Within fourteen days of receiving service of Plaintiff's statement of claim, the Defendant must file a response to the Plaintiff's statement of claim."

2. As such, Defendants' Response to Plaintiff's Statement of Claim was due no later than September 14, 2017.

3. To date, Defendants have failed to comply with [DE4] and the requirements set forth in same. Further, Defendants have not moved this Court for an enlargement of time to comply with same.

**WHEREFORE**, the Plaintiff respectfully requests the Court enter a default against Defendants, jointly and severally, for Defendants failure to comply with [DE4].

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
     Rivkah F. Jaff, Esquire
     Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF AND EMAIL 11/1/17 TO:**

**BERNARD LEWIS EGOZI, ESQ.**
**EGOZI & BENNETT PA**
**2999 NE 191ST STREET, SUITE 407**
**AVENTURA, FL 33180**
**305-931-3000**
**FAX: 931-9343**
**EMAIL: BEGOZI@EGOZILAW.COM**

BY:__/s/____Rivkah F. Jaff_____
     **RIVKAH F. JAFF, ESQ.**