**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:17-cv-22972-RNS**

CLEMENTE MOREJON ESCANDELL,
and all others similarly situated under 29 U.S.C. 216(b)

       Plaintiffs,

v.

NORTHSIDE IMPORTS, INC.,
UNIVERSAL IMPORTS PARTS, INC.
EUGENE VELASCO,
THOMAS SENDROS,

       Defendants.

_____/

## RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants, NORTHSIDE IMPORTS, INC. ("Northside Imports"), UNIVERSAL IMPORTS PARTS, INC. ("Universal Imports"), EUGENE VELASCO ("Mr. Velasco"), and THOMAS SENDROS ("Mr. Sendros") (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, hereby respond to the Statement of Claim [D.E. 7] filed by Plaintiff, CLEMENTE MOREJON ESCANDELL ("Mr. Escandell") as follows:

1.      Mr. Escandell claims he was not paid overtime from August 4, 2014, until the date of his termination on or about May 6, 2017. There is no merit to these allegations because Mr. Escandell was at all times paid overtime for any overtime hours he worked.

2.      From August 4, 2014, until February 28, 2016, Mr. Escandell was an employee of Universal Imports. During this period, Mr. Escandell was at all times paid overtime for any overtime hours he worked.

3.      From February 29, 2016, until the date of his termination on or about May 6,

2017, Mr. Escandell was an employee of Northside Imports. During this period, Mr. Escandell was at all times paid overtime for any overtime hours he worked.

Respectfully submitted,

s/ Isaac S. Lew
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Isaac S. Lew (Florida Bar No. 92833)
ilew@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000

*Counsel for Defendants*

John M. Riccione, Esq. (Florida Bar No. 826057)
jriccione@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Telephone: (312) 527-4000
Fax: (312) 966.8563

*Co-Counsel for Northside Imports, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system this 7th day of November, 2017, on all counsel of record on the service list below.

s/ Isaac S. Lew
Isaac S. Lew

**Service List**

**Jamie H. Zidell, Esq.**
zabogado@aol.com
**Neil Tobak, Esq.**
ntobak.zidellpa@gmail.com

**Rivkah Jaff, Esq.**
rivkah.jaff@gmail.com
J.H. ZIDELL, PA
300 71st St., Ste. 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Fax: (305) 865-7167

*Counsel for Plaintiff*