UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **1:17-CV-22972-SCOLA/TORRES**

CLEMENTE MOREJON ESCANDELL and )
all others similarly situated under 29 U.S.C. )
216(b), )
                                    )
           Plaintiff, )
    vs. )
                                    )
NORTHSIDE IMPORTS, INC., )
UNIVERSAL IMPORTS PARTS INC., )
EUGENE VELASCO, )
THOMAS SENDROS, )
                                    )
           Defendants. )
_____

### NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE EDWIN G. TORRES

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE EDWIN G. TORRES, at the 10th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, on December 15, 2017, at 1:30 p.m.

Plaintiff is requesting the Court address issues with respect to Defendants NORTHSIDE IMPORTS, INC., UNIVERSAL IMPORTS PARTS INC., EUGENE VELASCO, and THOMAS SENDROS' amended objections and responses to Plaintiff's initial set of written discovery directed towards each Defendant. Specifically, Plaintiff seeks to compel better responses to Plaintiff's First Set of Request for Production Nos.:

15, 31, 36, 60.

1. **Request for Production No. 15** - The Parties are in dispute as to whether Defendants have completely responded to said request. Defendants state they have produced Plaintiff's W-2's, Plaintiff contends that the request requires all income reporting documents for all Defendants' employees, not just W-2's for the Plaintiffs.

2. **Request for Production No. 31** – Defendant contends request is voluminous and irrelevant, Plaintiff contends such documents are relevant so that Defendants do not cherry pick their witnesses, as well as give an opportunity to subpoena any of Plaintiffs' supervisors as witnesses to testify to Plaintiff's hours, This is also relevant as Plaintiff alleged the instant suit as an opt-in.

3. **Request for Production No. 36** – Defendant contends request is voluminous and irrelevant, Plaintiff contends such documents are relevant so that Defendants do not cherry pick their witnesses, as well as give an opportunity to subpoena any of Plaintiff's co-workers as witnesses to testify to Plaintiff's hours and Defendants good faith efforts to comply with the FLSA. this is also relevant as Plaintiff as alleged the instant suit as an opt-in.

4. **Request for Production No. 60** – Defendant contends request is voluminous and irrelevant, Plaintiff contends Corporate records relate to the individual Defendants' relationship with the company, and whether they may be held individually liable.

Moving counsel certifies that a bona-fide effort to agree or to narrow the issues on the motion notice has been made with opposing counsel or that, because of time considerations,

such efforts have not yet been made, but will be made prior to the scheduled hearing.

### CERTIFICATE OF CONFERRAL

The undersigned conferred with Defense Counsel, Bernard Egozi, Esq., through multiple emails and had telephonic conferences wherein the Parties thoroughly discussed each issue and are unable to resolve the discovery disputes. The undersigned continues his conferral attempts with all Counsel of record and will continue up to the time of this hearing.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR DEFENDANTS
300-71ST STREET
SUITE 605
MIAMI BEACH, FL 33141
305-865-6766
305-865-7167

_ s/ Neil Tobak __
Neil Tobak, Esquire
Florida Bar No.: 93940

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 11/17/17 TO:**

**Bernard Lewis Egozi
Egozi & Bennett PA
2999 NE 191st Street
Suite 407
Aventura, FL 33180
305-931-3000
Fax: 931-9343
Email: begozi@egozilaw.com**

**Isaac Salomon Lew**
**Egozi & Bennett, P.A.**
**2999 NE 191st St.**
**Suite 407**
**Aventura, FL 33180**
**305-931-3000**
**Email: ilew@egozilaw.com**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Riccione**
**Taft Stettinius & Hollister LLP**
**111 E. Wacker Drive, Suite 2800**
**Chicago, IL 60601-3713**
**312-527-4000**
**Email: jriccione@taftlaw.com** *(Inactive)*

**BY:__/s/____Neil Tobak_____**
     **NEIL TOBAK, ESQ.**