United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Clemente Morejon Escandell, <br> Plaintiff, <br> v. <br> Northside Imports, Inc., and others, <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 17-22972-Civ-Scola <br> ) <br> ) <br> ) |

### Order to Show Cause

The Court required the parties to mediate this case. (Order of Referral Mediation, ECF No. 14.) Specifically, the Court's Order stated that "the appearance of counsel and each party or representatives of each party . . . is mandatory." (*Id.* ¶ 5.) The Court cautioned the parties that it "may impose sanctions against parties . . . who do not comply with the attendance . . . requirements." (*Id.* ¶ 8.) The Plaintiff has filed a notice stating that Defendant Eugene Velasco did not appear at the mediation. (Notice, ECF No. 33.) Indeed, the Mediator's Report states that Velasco's attorney appeared at the mediation, but does not state that Velasco was in attendance. (Mediator's Report, ECF No. 32.)

Accordingly, the Court **orders** Defendant Velasco to show cause why he should not be sanctioned for failing to appear at the mediation. The Court **further orders** Defendant Velasco to show cause why the Court should not require the parties to engage in a second mediation—the cost to be fully borne by Velasco. Defendant Velasco's response to this Order is due on or before **December 4, 2017**.

**Done and ordered**, at Miami, Florida, on November 29, 2017.

_____
Robert N. Scola, Jr.
United States District Judge