UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-22972-RNS

CLEMENTE MOREJON ESCANDELL,
and all others similarly situated under 29 U.S.C. 216(b)

   Plaintiffs,

v.

NORTHSIDE IMPORTS, INC.,
UNIVERSAL IMPORTS PARTS, INC.
EUGENE VELASCO,
THOMAS SENDROS,

   Defendants.
_____/

**DEFENDANT EUGENE VELASCO'S SHOWING OF CAUSE**

  Pursuant to the Court's Order to Show Cause entered on November 29, 2017 (ECF No. 35), Defendant, EUGENE VELASCO ("Mr. Velasco"), by and through his undersigned counsel, hereby respectfully submits his showing of good cause why he should not be sanctioned for failing to appear at mediation.

  1. As a preliminary matter, Mr. Velasco apologizes to the Court for not being able to personally attend the mediation held in this action on Monday, November 27, 2017.

  2. However, the mediation date was mutually scheduled on an expedited basis by counsel for the parties on Tuesday, November 21, 2017, just before Thanksgiving, to see if a compromise could be reached in advance of the numerous depositions scheduled to be taken in early December and the mediator was not available again until December 15, 2017.

  3. Mr. Velasco is retired and had traveled to North Carolina to visit with family and was unable to return back to Miami on such short notice for mediation. In fact, Mr. Velasco

-2-

advised Plaintiff's counsel of his retirement and travel plans when his deposition was taken earlier in November.  Mr. Velasco was, however, available at mediation by telephone and the undersigned and Defendant Tom Sendros contacted him to keep him apprised and involved in the process.

4.     In fact, when the mediation was scheduled, the undersigned advised Plaintiff's counsel that Defendant Tom Sendros, would appear in person on his own behalf and on behalf Universal Imports, Inc., the company that Mr. Velasco and Mr. Sendros owned together prior to its sale to Defendant Northside Imports, Inc. ("Northside").  The undersigned also advised Plaintiff's counsel that Northside and its counsel (located in Chicago) would appear by telephone and that the undersigned was still waiting to hear back from Mr. Velasco as to his availability on such short notice.

5.     As it turned out, Mr. Velasco was unable to appear in person because he was out of town and the undersigned advised Plaintiff's counsel of this the morning of the mediation. The undersigned also advised Plaintiff's counsel that Mr. Velasco was nevertheless available by telephone to participate in the process.

6.     In response, neither Plaintiff nor his counsel voiced any objection whatsoever to and the parties proceeded to mediate and negotiate prior to reaching an impasse.

7.     While the Defendants are not averse to the Court ordering a second mediation after the record is further developed, Mr. Velasco should not be required to bear the entire cost. Mr. Velasco's inability to attend mediation was not a willful act and was out of his control as he did not participate in the quick scheduling of the mediation.  Again, the date was picked just three business days in advance of the mediation and Mr. Velasco was out of town on a pre-planned trip that everyone was told about weeks earlier at his deposition.

8. Mr. Velasco understands and respects this process and did not intend to disrespect or ignore the Court in not personally appearing at mediation. All parties with authority to settle the matter were in attendance at mediation with counsel and Mr. Velasco's personal attendance would not have impacted the mediation in any discernible way.

9. Accordingly, Mr. Velasco should not be sanctioned for failing to appear at mediation.

Respectfully submitted,

*s/ Bernard L. Egozi*
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Isaac S. Lew (Florida Bar No. 92833)
ilew@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000

*Counsel for Defendants*

John M. Riccione, Esq. (Florida Bar No. 826057)
jriccione@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Telephone: (312) 527-4000
Fax: (312) 966.8563

*Co-Counsel for Northside Imports, Inc.*

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail this 4th day of December, 2017, on all counsel of record on the service list below.

*s/ Bernard L. Egozi*

**Service List**

**Jamie H. Zidell, Esq.**
zabogado@aol.com
**Neil Tobak, Esq.**
ntobak.zidellpa@gmail.com
**Rivkah Jaff, Esq.**
rivkah.jaff@gmail.com
J.H. ZIDELL, PA
300 71st St., Ste. 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Fax: (305) 865-7167

*Counsel for Plaintiff*