UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:17-cv-22972-RNS**

CLEMENTE MOREJON ESCANDELL,
and all others similarly situated under 29 U.S.C. 216(b)

       Plaintiffs,

v.

NORTHSIDE IMPORTS, INC.,
UNIVERSAL IMPORTS PARTS, INC.
EUGENE VELASCO,
THOMAS SENDROS,

       Defendants.
_____/

## NOTICE OF FILING PROPOSED MEDIATION ORDER

Defendants, NORTHSIDE IMPORTS, INC., UNIVERSAL IMPORTS PARTS, INC., EUGENE VELASCO, and THOMAS SENDROS, by and through undersigned counsel, and pursuant to the Court's Order of December 8, 2017, hereby provide notice to the Court that based upon an agreement by and the availability of all parties, counsel and the mediator, Neil Flaxman, Esq., attached is a proposed Order Scheduling Mediation.

                              Respectfully submitted,

                              *s/ Bernard L. Egozi*
                              Bernard L. Egozi (Florida Bar No. 152544)
                              begozi@egozilaw.com
                              Isaac S. Lew (Florida Bar No. 92833)
                              ilew@egozilaw.com
                              EGOZI & BENNETT, P.A.
                              2999 NE 191 Street, Suite 407
                              Aventura, Florida 33180
                              Telephone: (305) 931-3000

                              *Counsel for Defendants*

                                        John M. Riccione, Esq. (Florida Bar No. 826057)
                                        jriccione@taftlaw.com
                                        Taft Stettinius & Hollister LLP
                                        111 E. Wacker Drive, Suite 2800
                                        Chicago, Illinois 60601-3713
                                        Telephone: (312) 527-4000
                                        Fax: (312) 966.8563

                                        *Co-Counsel for Northside Imports, Inc.*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail this 21st day of December, 2017, on all counsel of record on the service list below.

                                          *s/ Bernard L. Egozi*

**Service List**

**Jamie H. Zidell, Esq.**
zabogado@aol.com
**Neil Tobak, Esq.**
ntobak.zidellpa@gmail.com
**Rivkah Jaff, Esq.**
rivkah.jaff@gmail.com
J.H. ZIDELL, PA
300 71st St., Ste. 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Fax: (305) 865-7167

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:17-cv-22972-RNS**

CLEMENTE MOREJON ESCANDELL,
and all others similarly situated under 29 U.S.C. 216(b)

       Plaintiffs,

v.

NORTHSIDE IMPORTS, INC.,
UNIVERSAL IMPORTS PARTS, INC.
EUGENE VELASCO,
THOMAS SENDROS,

       Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

A second mediation conference this matter shall be held with mediator Neil Flaxman, Esq., on January 23, 2018, commencing at 10:00 a.m. at Brickell Bayview Centre 80 SW 8th Street, Suite 3100, Miami, Florida 331301.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida this ____ day of December, 2017.

                                                                   _____
                                                                   ROBERT N. SCOLA, JR.
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to: counsel of record