**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:17-cv-22972-RNS**

CLEMENTE MOREJON ESCANDELL,
and all others similarly situated under 29 U.S.C. 216(b)

       Plaintiffs,

v.

NORTHSIDE IMPORTS, INC.,
UNIVERSAL IMPORTS PARTS, INC.
EUGENE VELASCO,
THOMAS SENDROS,

       Defendants.
_____/

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S**
**SUPPLEMENTAL REQUEST FOR PRODUCTION**

Defendants, NORTHSIDE IMPORTS, INC. ("Northside Imports"), UNIVERSAL IMPORTS PARTS, INC. ("Universal Imports"), EUGENE VELASCO ("Mr. Velasco"), and THOMAS SENDROS ("Mr. Sendros") (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests the entry of an order extending the time in which they may respond to the discovery requests served by Plaintiff, CLEMENTE MOREJON ESCANDELL.

1. On November 27, 2017, Plaintiff served his *Supplemental Request for Production to Defendants Dated 11/27/17* (the "Supplemental Request for Production").

2. The period prescribed for responding to the Supplemental Request for Production expires on December 27, 2017.

3. Defendants seek a brief, two-day extension of time through December 29, 2017, within which to file and serve their response to the Supplemental Request for Production.

4. Respectfully, Defendants require additional time to accurately prepare and complete their response including objections.

5. An extension would cause no apparent prejudice to any opposing party.

6. Defendants make this motion in good faith and not for the purpose of delay.

WHEREFORE, Defendants, NORTHSIDE IMPORTS, INC., UNIVERSAL IMPORTS PARTS, INC., EUGENE VELASCO, and THOMAS SENDROS, respectfully request that the Court enter an order extending the time in which they may serve a response to the Supplemental Request for Production through and including December 29, 2017.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to S.D. Fla. L.R. 7.1(a)(3), I hereby certify that counsel for the movant has conferred with Plaintiff's counsel regarding this motion and that the motion is opposed.

Respectfully submitted,

*s/ Isaac S. Lew*
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Isaac S. Lew (Florida Bar No. 92833)
ilew@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000

*Counsel for Defendants*

John M. Riccione, Esq. (Florida Bar No. 826057)
jriccione@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Telephone: (312) 527-4000
Fax: (312) 966.8563

*Co-Counsel for Northside Imports, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system this 27th day of December, 2017, on all counsel of record on the service list below.

                                                *s/ Isaac S. Lew*
                                                Isaac S. Lew

**Service List**

**Jamie H. Zidell, Esq.**
zabogado@aol.com
**Neil Tobak, Esq.**
ntobak.zidellpa@gmail.com
**Rivkah Jaff, Esq.**
rivkah.jaff@gmail.com
J.H. ZIDELL, PA
300 71st St., Ste. 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Fax: (305) 865-7167

*Counsel for Plaintiff*