United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Clemente Morejon Escandell,<br>Plaintiff,<br><br>v.<br><br>Northside Imports, Inc., and others,<br>Defendants. | )<br>)<br>)<br>) Civil Action No. 17-22972-Civ-Scola<br>)<br>)<br>) |

### Order Scheduling Second Mediation

    A second mediation conference in this matter will be held with Neil Flaxman on January 23, 2018. The mediator and the parties have agreed to this date. It may not be rescheduled without leave of the Court.

    The Court reminds the parties that the Mediation Report is due within seven days following the mediation conference. If the mediator fails to file a Mediation Report within seven days following the mediation conference, lead counsel must file a Mediation Report within 14 days after the mediation conference.

    **Done and ordered** at Miami, Florida, on December 29, 2017.

                                                   _____
                                                   Robert N. Scola, Jr.
                                                   United States District Judge