UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22972-CIV-RNS

CLEMENTE MOREJON ESCANDELL and )
all others similarly situated under 29 U.S.C. )
216(b), )
                    Plaintiffs, )
  vs. )

NORTHSIDE IMPORTS, INC., )
UNIVERSAL IMPORTS PARTS INC., )
EUGENE VELASCO, )
THOMAS SENDROS, )

                    Defendants. )
_____ )

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL REQUEST FOR PRODUCTION [DE42]**

**COME NOW** the Plaintiff, by and through counsel, and hereby Responds to Defendants' Motion for Extension of Time to Respond to Plaintiff's Supplemental Request for Production, filed by Defendants as [DE42], and in support thereof states as follows:

1. Per the Court's Order [DE14], the deadline to complete all fact discovery was December 29, 2017.

2. Plaintiff served his Supplemental Request for Production on 11/27/17 so that Plaintiff would have time to confer with Defendants should their discovery responses be insufficient within the discovery deadline; Defendants responses were due on 12/27/17 and were served on 12/29/17.

3. Defendants have served their Responses, untimely.

4. A party seeking discovery bears the burden of showing that the information is relevant and necessary. *Williams v. Art Inst.,* 2006 U.S. Dist. LEXIS 62585, *7, 2006 WL 36946-

49 (N.D. Ga. Sept. 1, 2006). The information sought by Plaintiff was relevant to the hours worked by Plaintiff (i.e. security footage of the interior/exterior of Defendants' place of business, GPS records, manifests/transportation sheets, etc.). *See also,* Fed. R. Civ. P. 34("The party to whom the request is directed must respond in writing within 30 days after being served or — if the request was delivered under Rule 26(d)(2) — within 30 days after the parties' first Rule 26(f) conference. A shorter or longer time may be stipulated to under Rule 29 or be ordered by the court.").

5. Plaintiff is in engaged in good-faith conferral with Defendants regarding their responses.

WHEREFORE PLAINTIFF SO RESPOND TO DEFENDANTS' MOTION [DE42] AND RESPECTFULLY RESERVES ALL RIGHTS TO COMPEL BETTER RESPONSES SHOULD THE PARTIES BE UNABLE TO RESOLVE THEIR DISPUTE. FURTHER, SHOULD THE COURT DENY DEFENDANTS' MOTION [DE42], PLAINTIFF RESPECTFULLY RESERVES ALL RIGHT TO ARGUE THAT DEFENDANTS' RESPONSES WERE UNTIMELY AND, AS SUCH, ALL OBJECTIONS SHOULD BE DEEMED WAIVED.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF AND EMAIL 1/9/18 TO:**

**BERNARD LEWIS EGOZI, ESQ.**
**EGOZI & BENNETT PA**
**2999 NE 191ST STREET, SUITE 407**
**AVENTURA, FL 33180**
**305-931-3000**
**FAX: 931-9343**
**EMAIL: BEGOZI@EGOZILAW.COM**

**BY:__/s/____Rivkah F. Jaff_____**
       **RIVKAH F. JAFF, ESQ.**